<u>EXHIBIT "A"</u>

<u>TASKS PERFORMED BY TRUSTEE</u>

| | | |
|---|---|---:|
| 1. | Review schedules and conducting creditors' meeting | .50 |
| 2. | Preparation of Form SS4 to obtain federal identification number from IRS | .35 |
| 3. | Opening of estate money market account | .25 |
| 4. | Banking functions | .75 |
| 5. | Ledger and DOJ Form 1 and Form 2 entries | 1.50 |
| 6. | Checking of claims docket and individual claims | 1.50 |
| 7. | Preparation of Final Report and exhibits | 3.50 |
| 8. | Attendance at Final Hearing (anticipated time) | 1.00 |
| 9. | Preparation of revised distribution schedule, cutting of checks, ledger entries, preparation of Final Account after distribution (anticipated time) | 2.50 |
| | TOTAL HOURS | 11.85 |