UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| JOHN ANDREW BEHR | ) | |
| | ) | CASE NO. 08 B 01327 |
| DEBTOR | ) | |
| | ) | HON. JACK B. SCHMETTERER |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL 60604

   On: **February 26, 2009**    Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $26,887.75 |
   | Disbursements | $     0 |
   | Net Cash Available for Distribution | $ 26,887.75 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ None | $3,438.78 | $ 22.12 |
   | Allan J. DeMars, attorney | $ None | $4,180.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $295,409.78  have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.5153%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Discover Bank | $ 9,764.73 | $ 636.20 |
| 2 | Discover Bank | 10,543.84 | 686.96 |
| 3 | Capital Recovery One, as assignee of Capital One Installment | 29,146.90 | 1,899.01 |
| 4 | Iowa Student Loan Liquidity Corp. | 19,501.53 | 1,270.58 |
| 5 | U.S. Bank | 17,377.50 | 1,132.20 |
| 6 | Optima Views Condominium | 2,850.00 | 185.69 |
| 8 | Roundup Funding LLC | 1,107.29 | 72.15 |
| 9 | American Express Bank FSB | 10,380.71 | 676.34 |
| 10 | FIA Card Services, as successor to Bank of America and MBNA | 54,424.71 | 3,545.93 |
| 11 | FIA Card Services, as successor to Bank of America and MBNA | 9,877.10 | 643.52 |
| 12 | JP Morgan Chase Bank | 106,071.83 | 6,910.90 |
| 13 | Advanta Bank Corp. | 24,363.64 | 1,587.37 |
|  |  | $295,409.78 | $19,246.85 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: Checking account: $108.24; security deposit: $899.00; furniture: $500.00; books/cds: $25.00; clothing: $250.00; guitar: $100.00; IRA: $11,902.37; Leadership Capital Partners, Inc.: $0; Eight B Corporation: $0. SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR MORE DETAILS.

Dated:  **January 16, 2009**                                   For the Court,

                                              By:   **KENNETH S. GARDNER**
                                                    Kenneth S. Gardner
                                                    Clerk of the U.S. Bankruptcy Court
                                                    219 So. Dearborn Street; 7th Floor
                                                    Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jan 16, 2009
Case: 08-01327                 Form ID: pdf002              Total Served: 43
```

The following entities were served by first class mail on Jan 18, 2009.

```
db           +John Andrew Behr,    800 N. Custer, 3G,    Evanston, IL 60202-2246
aty          +Scott R Clar,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Suite 3705,
               Chicago, IL 60603-4101
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11890500     +A&G Property Management,    800 N. Custer,    Evanston, IL 60202-2282
11890503      AT&T Global Services, Inc.,    P.O. Box 8102,    Aurora, IL 60507-8102
11890504      AT&T Mobility,    P.O. Box 6428,    Carol Stream, IL 60197-6428
11890505      AT&T Telephone,    P.O. Box 8100,    Aurora, IL 60507-8100
11890506      AT&T Universal Card,    P.O. Box 44167,    Jacksonville, FL 32231-4167
11890501      Advanta,    P.O. Box 30715,    Salt Lake City, UT 84130-0715
12299323      Advanta Bank Corp,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11890502    +++American Express Bank FSB,    P.O. Box 3001,    Malvern, PA 19355-0701
12234371      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11890509     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
11890507      Bank of America,    P.O. Box 15710,    Wilmington, DE 19886-5710
11890508      Bank of America,    P.O. Box 17309,    Baltimore, MD 21297-1309
11890510      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11890511      Capital One,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
11890513     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
11890512      Chase,    P.O. Box 4661,    Houston, TX 77210-4661
11890515      Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
11890516     +Chase Bank,    7015 N. Western,    Chicago, IL 60645-3415
11890517      Comcast Cable,    P.O. Box 3002,    Southeastern, PA 19398-3002
11890519      Discovery Business Card,    P.O. Box 3023,    New Albany, OH 43054-3023
11890520     +Evault,    6121 Hollis Street,    Emeryville, CA 94608-2077
11890521     +First Equity,    P.O. Box 84075,    Columbus, GA 31908-4075
11890522     +Golan's Moving,    3650 Touhy Ave.,    Skokie, IL 60076-3943
11890523      Iowa Student Loan,    6775 Vista Drive,    Ashford Building,    West Des Moines, IA 50266-9305
12296480     +JPMorgan Chase Bank, NA,    P.O. Box 29550,    Phoenix, AZ 85038-9550
12296419     +JPMorgan Chase Bank, NA,    c/o Esther Bullock,    P.O. Box 29550,    Phoenix, AZ 85038-9550
11890524     +Katherine Bensinger,    1306 Main St.,    Evanston, IL 60202-1653
11890525     +Optima Views Condominium,    Elizebeth Horwath and Jorge Russe,    27556 E. Savannah Trail,
               Barrington, IL 60010-2327
11890526      Peoples Gas,    Chicago, IL 60687-0001
11890527      Pitney Bowes,    2225 American Drive,    Neenah, WI 54956-1005
11890528      Protection One,    P.O. Box 5714,    Carol Stream, IL 60197-5714
11890530    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790117,    Saint Louis, MO 63179-0117)
12167523     +US Bank Corp/Retail Payment Solutions,    PO BOX 5229,    Cincinnati, Ohio 45201-5229
11890529      United Mileage Plus,    P.O. Box 15298,    Wilmington, DE 19850-5298
```

The following entities were served by electronic transmission on Jan 17, 2009.

```
11890518      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2009 03:51:38      Discover,   P.O. Box 30943,
               Salt Lake City, UT 84130
12044997      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2009 03:51:38
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
12288756     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11903199      E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2009 02:33:40
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12067363     +E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2009 02:33:40
               Recovery Management Systems Corporation,    For Capital Recovery One,
               As Assignee of CAPITAL ONE INSTALLMENT,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
12230242      E-mail/PDF: BNCEmails@blinellc.com Jan 17 2009 04:18:58     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11890514*     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
12296485*    +JPMorgan Chase Bank, NA,    P.O. Box 29550,    Phoenix, AZ 85038-9550
                                                                                              TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: amcc7           Page 2 of 2              Date Rcvd: Jan 16, 2009
Case: 08-01327                Form ID: pdf002       Total Served: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2009**                        **Signature:** *Joseph Speetjens*