UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN ANDREW BEHR | ) | Hon. JACK B. SCHMETTERER |
| | ) | |
| | ) | Case No.  08 B 01327 |
| | ) | |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:   The Honorable JACK B. SCHMETTERER
      United States Bankruptcy Judge

    Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

    All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: 4/20/09                                                         /s/ Allan J. DeMars
                                                                            Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 08 B 01327
JOHN ANDREW BEHR                    ) Hon. JACK B. SCHMETTERER
                                    ) Chapter 7
          Debtor                    )

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation                $ 3,438.78
   Allan J. DeMars
2. Trustee's expenses                    $    22.12
   Allan J. DeMars
                          TOTAL          $ 3,460.90

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                       $ 4,180.00
      Allan J. DeMars
   b. Expenses                           $

2. Accountant for the Trustee
   a. Compensation                       $

   b. Expenses                           $

3. Other professional
   (list each professional separately)

                          Total          $ 4,180.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED**

DATED this 26th day of February, 2009

FEB 2 6 2008

Enter: _____
         JACK B. SCHMETTERER BANKRUPTCY JUDGE
         UNITED STATES BANKRUPTCY COURT
         Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          )
                                ) Case No. 08 B 01327
JOHN ANDREW BEHR                ) Hon. JACK B. SCHMETTERER
                                ) Chapter 7
            Debtor              )

DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:
Fees and Expenses  Trustee: $3,460.90
                  Attorney:$4,180.00        $   7,640.90
Chapter 7 Administrative Expenses:          $
Chapter 11 Administrative Expenses:         $
Priority Claims (507(a)(3)-(a)(7)):         $
Secured Tax Liens:                          $
Priority Tax Claims:                        $
General Unsecured Claims:                   $  19,250.02
Other:_____   $
TOTAL AMOUNT TO BE DISTRIBUTED:             $  26,890.92

REPORT OF DISTRIBUTION

|  | TOTAL | FINAL |
|---|---|---|
| 1. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $7,640.90 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $ 3,438.78 | $ 3,438.78 |
|  | expenses | | 22.12 | 22.12 |
|  | attorney's fees | | 4,180.00 | 4,180.00 |
|  |  | | $ 7,640.90 | $ 7,640.90 |

REPORT OF DISTRIBUTION - CONT'D                          PAGE 2 of 6

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) (Domestic Support Obligations) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                          PAGE 3 of 6

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Farmers' and Fishermans' claims to the extent of $5,400. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Deposits by consumers to the extent of $2,425.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                              Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $295,409.78 | 6.51637% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Discover Bank | $ 9,764.73 | $ 636.31 |
| 2 | Discover Bank | 10,543.84 | 687.08 |
| 3 | Capital Recovery One, as assignee of Capital One Installment | 29,146.90 | 1,899.32 |
| 4 | Iowa Student Loan Liquidity Corp. | 19,501.53 | 1,270.79 |
| 5 | U.S. Bank | 17,377.50 | 1,132.38 |
| 6 | Optima Views Condominium | 2,850.00 | 185.72 |
| 8 | Roundup Funding LLC | 1,107.29 | 72.16 |
| 9 | American Express Bank FSB | 10,380.71 | 676.45 |
| 10 | FIA Card Services, as successor to Bank of America and MBNA | 54,424.71 | 3,546.52 |
| 11 | FIA Card Services, as successor to Bank of America and MBNA | 9,877.10 | 643.63 |
| 12 | JP Morgan Chase Bank | 106,071.83 | 6,912.03 |
| 13 | Advanta Bank Corp. | 24,363.64 | 1,587.63 |
|  |  | $295,409.78 | $19,250.02 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

```
REPORT OF DISTRIBUTION-CON'T                              Page 6 of 6

                              TOTAL                       FINAL
15. TYPE OF CLAIMS            AMOUNT OF CLAIMS            DIVIDEND %

726(a)(5) - Interest          $



                              TOTAL                       FINAL
16. TYPE OF CLAIMS            AMOUNT OF CLAIMS            DIVIDEND %

726(a)(6) - Surplus to        $
Debtor
                              AMOUNT                      AMOUNT OF
CLAIM NUMBER    CREDITOR      ALLOWED CLAIM               DIVIDEND

                              $
```

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

```
TYPE OF       CLAIM#   CREDITOR        AMOUNT OF       DISALLOWED/
CLAIM                                  CLAIM           WITHDRAWN
```
Claim #7, filed by Katherine Bensinger, the ex-wife of the debtor, as a priority claim for support, in the amount of $9,000.00, was withdrawn, pursuant to a settlement of the trustee's potential cause of action to avoid an alleged fraudulent/preferential transfer.

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 26, 2009            /s/ Allan J. DeMars
                                    Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 08-01327 | Trustee's Name: | Allan J. DeMars |
|---|---|---|---|
| Case Name: | JOHN ANDREW BEHR | Bank Name: | Bank of America |
| Taxpayer ID#: | 90-6089513 | Initial CD #: | CDI |
| For Period Ending: | 12/31/09 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Money Market #: | 375 554 4135 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/30/08 | Ref 10 | from debtor | non-exempt tax refund | 1124-000 | 4,382.00 | | 4,382.00 |
| 5/30/08 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.53 | | 4,382.53 |
| 6/30/08 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.55 | | 4,383.08 |
| 7/31/08 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.56 | | 4,383.64 |
| 8/31/08 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.55 | | 4,384.19 |
| 9/30/08 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.54 | | 4,384.73 |
| 10/31/08 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.56 | | 4,385.29 |
| 11/6/08 | Ref 11 | Katherine Bensinger | settlement of potential cause of action | 1241-000 | 22,500.00 | | 26,885.29 |
| 11/30/08 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 2.46 | | 26,887.75 |
| 12/31/08 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 2.46 | | 26,890.21 |
| BALANCE CARRIED FORWARD | | | | | | | 26,890.21 |
| 1/31/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.45 | | 26,890.66 |
| 2/18/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.26 | | 26,890.92 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 2/26/09 | Check 1001 | Allan J. DeMars | trustee fees | 2100-000 | | 3,438.78 | 23,452.14 |
| 2/26/09 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 22.12 | 23,430.02 |
| 2/26/09 | Check 1003 | Allan J. DeMars | attorney fees | 3110-000 | | 4,180.00 | 19,250.02 |
| 2/26/09 | Check 1004 | Discover Bank | 726(a)(2);6.51637% | 7100-900 | | 636.31 | 18,613.71 |
| 2/26/09 | Check 1005 | Discover Bank | 726(a)(2);6.51637% | 7100-900 | | 687.08 | 17,926.63 |
| 2/26/09 | Check 1006 | Capital Recovery One, as assignee of Capital One Installment | 726(a)(2);6.51637% | 7100-900 | | 1,899.32 | 16,027.31 |
| 2/26/09 | Check 1007 | Iowa Student Loan Liquidity Corp. | 726(a)(2);6.51637% | 7100-000 | | 1,270.79 | 14,756.52 |
| 2/26/09 | Check 1008 | U. S. Bank | 726(a)(2);6.51637% | 7100-000 | | 1,132.38 | 13,624.14 |
| 2/26/09 | Check 1009 | Optima Views Condominium | 726(a)(2);6.51637% | 7100-000 | | 185.72 | 13,438.42 |
| 2/26/09 | Check 1010 | Roundup Funding LLC | 726(a)(2);6.51637% | 7100-000 | | 72.16 | 13,366.26 |
| 2/26/09 | Check 1011 | American Express Bank FSB | 726(a)(2);6.51637% | 7100-900 | | 676.45 | 12,689.61 |
| 2/26/09 | Check 1012 | FIA Card Services, as successor to Bank of America and MBNA | 726(a)(2);6.51637% | 7100-900 | | 3,546.52 | 9,143.29 |
| 2/26/09 | Check 1013 | FIA Card Services, as successor to Bank of America and MBNA | 726(a)(2);6.51637% | 7100-900 | | 643.63 | 8,499.66 |
| 2/26/09 | Check 1014 | JP Morgan C.A.e Bank, N | 726(a)(2);6.51637% | 7100-000 | | 6,912.03 | 1,587.63 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 2/26/09 | Check 1015 | Advanta Bank Corp. | 726(a)(2);6.51637% | 7100-900 | | 1,587.63 | 0.00 |

```
                                      COLUMN TOTALS
         Money Market # 375 554 4135                  26.890.92        26,890.92              0.00
                                              Net_____
                                                  Excludes account   Excludes payments   Total Funds
                                                     transfers          to debtor          on Hand
```